United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KEVIN THOMPSON, ET AL.,** | Case No.  15-cv-05127-YGR |
| Plaintiffs, | |
| v. | **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |
| **NATIONAL RAILROAD PASSENGER CORPORATION,** | |
| Defendant. | |

The Court held an initial Case Management Conference in the above-captioned case on February 22, 2016.  The Court issues the following **ORDER** in light of the discussion on the record:

The Clerk of the Court shall direct a copy of the amended complaint (Dkt. No. 7) forthwith, pursuant to 45 U.S.C. § 153(q), to the National Railroad Adjustment Board, Room 944, 844 North Rush Street, Chicago, IL 60611–2092, attaching a copy of this Order.  Within ninety (90) days of receipt, the Adjustment Board shall file the record with the Court.

Upon filing of the record by the Adjustment Board, defendant shall file its motion for summary judgment within 35 days.  Thereafter, *pro se* plaintiffs shall file a joint opposition thereto and counter-motion for summary judgment within 35 days.  Defendant's combined reply and opposition is due 35 days later.  Plaintiffs' reply in support of their counter-motion is due 35 days thereafter.  The briefs shall include a single series of separate statements of material facts pursuant to the Court's Standing Order in Civil Cases, Section 9(c) (with each brief including an updated statement with a single column added to the chart).  The pre-filing conference requirement is waived.

The Court reiterates that plaintiffs shall not file a further amended complaint without prior court approval.  The Court understands that plaintiffs may make such a request—which should be

filed as a motion for leave to amend attaching the proposed amended complaint—upon receipt of the record from the Adjustment Board.

**IT IS SO ORDERED.**

Dated: February 24, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California