UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**KEVIN THOMPSON, ET AL.,**

    Plaintiffs,

    v.

**NATIONAL RAILROAD PASSENGER CORPORATION,**

    Defendant.

Case No. 15-cv-05127-YGR

**ORDER REFERRING LITIGANT TO FEDERAL PRO BONO PROJECT**

Plaintiff Tim Elam having requested and being in need of counsel to assist him in this matter and good and just cause appearing,

**IT IS HEREBY ORDERED** that plaintiff Tim Elam shall be **REFERRED** to the Federal Pro Bono Project ("Project") in the manner set forth below:

1. The clerk shall forward the Referral Order to the appropriate Project office, San Francisco or San Jose, determined by whether the referring judge is located in the San Francisco/Oakland or San Jose division. The scope of this referral shall be for all purposes for the duration of the case.

2. Upon being notified by the Project that an attorney has been located to represent Mr. Elam, that attorney shall be appointed as counsel for Mr. Elam in this matter for the scope of representation described above.

**IT IS SO ORDERED.**

Dated: March 2, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**