UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**KEVIN THOMPSON, ET AL.,**

    Plaintiffs,

    v.

**NATIONAL RAILROAD PASSENGER CORPORATION**,

    Defendant.

Case No. 15-cv-05127-YGR

**ORDER APPOINTING COUNSEL**

Because *pro se* plaintiff Tim Elam has requested and is in need of counsel to assist him in this matter and volunteer attorneys are willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Daralyn Durie (SBN 169825) and Timothy Saulsbury (SBN 281434) of Durie Tangri LLP, 217 Leidesdorff Street, San Francisco, CA 94111, are hereby appointed as counsel for Mr. Elam in this matter.

The scope of this referral shall be for all purposes for the duration of the case.

All proceedings in this action are hereby stayed until four weeks from the date of this order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

**IT IS SO ORDERED.**

Dated: March 8, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**